DANIEL J. BRODERICK, #89424
Federal Defender
ANN H. VORIS, Bar #100433
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ANGEL LARA-HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:10-cr-0348 LJO |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |
| v. | Date: December 3, 2010 |
| ANGEL LARA-HERNANDEZ, | Time: 9:00 a.m. |
| Defendant. | Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for November 18, 2010, **may be continued to December 3, 2010, at 9:00 a.m.**

This reason for the continuance is to permit further research regarding applicability of Health and Safety Code § 11358 as drug trafficking offense and 10 points of traffic offenses. This continuance will conserve time and resources for both parties and the court.

///

///

///

///

////

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(ii), and (iv).

LAWRENCE BROWN
United States Attorney

DATED: November 16, 2010         By:    /s/ *Susan Phan*
                                        SUSAN PHAN
                                        Assistant United States Attorney
                                        Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED: November 16, 2010         By:    /s/ *Ann H. Voris*
                                        ANN H. VORIS
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        Angel Lara-Hernandez

## **O R D E R**

Good Cause for the continuance exists. Time is excluded pursuant to §§ 3161(h)(7)(A), (B)(ii), and (iv).

IT IS SO ORDERED.

**Dated:   November 16, 2010**            /s/ **Lawrence J. O'Neill**
                                          UNITED STATES DISTRICT JUDGE